# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 386 - 3 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Rodney Ray | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing and detention hearing held. Order defendant detained as a flight risk and/or danger to the community pending further court proceedings. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | IS |
|---|---|---|