## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 386 - 3 | **DATE** | 6/16/2008 |
| **CASE TITLE** | USA vs. Rodney Ray | | |

**DOCKET ENTRY TEXT**

Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|