UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:08−cr−00386
                                                    Honorable David H. Coar

Shamonte Hall, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 22, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Rodney Ray (3): Motion hearing held on 8/22/2008. For the reasons stated on the record, Motion by Rodney Ray for order Directing Government to Preserve and Produce agent's notes (Doc #24) is DENIED as moot, but any Jencks Act material shall be provided no later than 1 week prior to trial; Motion by Rodney Ray to compel the Government to Seek Admission of Any 404 (B) Evidence at Least 60 Days Prior to Trial (Doc #25) is DENIED, but the government must provide that information no later than 2 weeks prior to trial; Motion by Rodney Ray for Early Production of Exculpatory and Impeaching Information (Doc #26) is DENIED, but the government shall produce any Giglio or Brady material no later than one week prior to trial; Motion by Rodney Ray to sever defendant From Co−Defendants for Purposes at Trial (Doc #27) is DENIED as premature; Motion by Rodney Ray for disclosure by the Government of Its Testifying Expert Witnesses, and Production of Reports Containing Their Opinions, Qualifications and Testimonial Experience (Doc #28) is DENIED, but both parties shall provide that information no later than two weeks prior to trial; Motion by Rodney Ray to produce Pretrial Production of Charts, Summaries, and Calculations (Doc #29) is DENIED, but that information shall be provided no later than 10 days prior to trial; Motion by Government for Reciprocal Discovery is GRANTED; and Motion by Government for Early Return of Trial Subpoenas is GRANTED and will be reciprocal. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.