# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                                                                           Case No.: 1:08−cr−00386
                                                                                                          Honorable David H. Coar

Shamonte Hall, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable David H. Coaras to Shamonte Hall, Karinder Gordon, Rodney Ray: All Pretrial list of witnesses to be filed by 10/17/08. Any Motion in Limine to be filed by 10/13/08; responses due by 10/20/2008. Government's Proposed Jury instructions, voir dire questions and summary of indictment to be submitted/filed on or before 10/17/08 and the defendant to file additional instructions and voir dire questions by 10/22/08. Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.