IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CR 386-3 |
| | ) | Honorable Judge Coar |
| | ) | Magistrate Judge Ashman |
| RODNEY RAY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To: Kenneth Edward Yeadon
U.S. Attorney's Office for the N.D. Illinois
219 S. Dearborn
Chicago, IL 60604

PLEASE TAKE NOTICE that on **August 28, 2008 at 9:30 a. m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Coar in Room 1419 or the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following motion: **DEFENDANT RODNEY RAY'S MOTION TO RE-SET TRIAL DATE,** a copy of which are attached hereby served upon you.

Respectfully Submitted,

By: /s/ *Michael I. Leonard*
Attorney for Defendant Rodney Ray

Michael I. Leonard
Meckler Bulger Tilson Marick & Pearson LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 474-7925 (phone)
(312) 474-7898 (fax)

### CERTIFICATE OF SERVICE

I, Michael Leonard, an attorney, certify that on **August 26, 2008** I caused a copy of the above referenced documents to be served on the attorney(s) of record via electronic delivery.

/s/ *Michael I. Leonard*
Michael I. Leonard